No. 11–676. SITANGGANG v. COUNTRYWIDE HOME LOANS, INC., ET AL., 565 U. S. 1179. Motion for leave to file petition for rehearing denied.

No. 11–8602. CHING v. WARNER BROTHERS STUDIOS· FACILITIES, INC., *ante*, p. 916.· Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 11–8784. HOLLIS v. UNITED STATES, 565 U. S. 1276. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

## MAY 21, 2012

No. 11–1166. RECTOR, WARDENS AND VESTRYMEN OF CHRIST CHURCH IN SAVANNAH, ET AL. v. BISHOP OF THE EPISCOPAL DIOCESE OF GEORGIA, INC., ET AL. Sup. Ct. Ga. Certiorari dismissed under this Court's Rule 46.

No. 11–943. LEAGUE OF WOMEN VOTERS OF ILLINOIS v. QUINN, GOVERNOR OF ILLINOIS, ET AL. Affirmed on appeal from D. C. N. D. Ill.

No. 11–926. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR v. BOROSKI; and

No. 11–936. DYNCORP INTERNATIONAL ET AL. v. BOROSKI. C. A. 11th Cir. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Roberts* v. *Sea-Land Services, Inc., ante*, p. 93.

No. 11–962. WILDTANGENT, INC. v. ULTRAMERCIAL, LLC, ET AL. C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Mayo Collaborative Services* v. *Prometheus Laboratories, Inc., ante*, p. 66.